# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THREE RIVERS COMMONS OWNERS'
ASSOCIATION, INC.

NO.   2023 CW 1172

VERSUS

DONNA GRODNER, ET AL

**FEBRUARY 14, 2024**

---

In Re:   Donna Grodner, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 171319.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

    **WRIT GRANTED WITH ORDER.**   On October 12, 2023, this court issued an action granting in part a prior writ application filed by relator herein, Donna Grodner, and reversing the portion of the trial court's August 14, 2023 judgment that denied Ms. Grodner's motion to designate the record on appeal.   This court further ordered the trial court clerk of court's office "to prepare the appeal record in accordance with Local Rule 5 of the Louisiana Court of Appeal, First Circuit, and to include any additional documents designated in Ms. Grodner's 'Motion to Designate Record' that are not specifically described in Local Rule 5."   See **Three Rivers Commons Owners' Ass'n, Inc. v. Grodner,** 2023-0879 (La. App. 1st Cir. 10/12/23) 2023 WL 6634106 (unpublished).   Despite this court's October 12, 2023 writ action, on October 16, 2023, the trial court granted a motion to dismiss Ms. Grodner's appeal for failure to pay the estimated costs of appeal that were sent to Ms. Grodner on August 7, 2023. Accordingly, we vacate the trial court's October 16, 2023 judgment dismissing Ms. Grodner's appeal.   The trial court clerk of court's office is hereby ordered to prepare a new estimate for the cost of preparation of the record for Ms. Grodner's appeal in accordance with this court's October 12, 2023 writ action.

                                    PMc
                                      CHH
                                      SMM

COURT OF APPEAL, FIRST CIRCUIT

_Dave S. Will_
DEPUTY CLERK OF COURT
FOR THE COURT